Same case below, 398 Fed. Appx. 914.

---

**No. 10-964. Roberto Romero, Petitioner v. Irina Buhimschi, et al.**

562 U.S. 1288, 131 S. Ct. 1695, 179 L. Ed. 2d 619, 2011 U.S. LEXIS 2390.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 396 Fed. Appx. 224.

---

**No. 10-967. Terry Adediran, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 1288, 131 S. Ct. 1696, 179 L. Ed. 2d 619, 2011 U.S. LEXIS 2319.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 400 Fed. Appx. 482.

---

**No. 10-974. Burlington Basket Company, Petitioner v. Pamela K. Newberry.**

562 U.S. 1288, 131 S. Ct. 1697, 179 L. Ed. 2d 619, 2011 U.S. LEXIS 2378.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 622 F.3d 979.

---

**No. 10-990. Stephen J. Williams, Petitioner v. Connecticut.**

562 U.S. 1289, 131 S. Ct. 1699, 179 L. Ed. 2d 619, 2011 U.S. LEXIS 2410.

March 21, 2011. Petition for writ of certiorari to the Appellate Court of Connecticut denied.

---

**No. 10-996. Noel Proctor, Petitioner v. Robert "Ford" Huntington, et ux.**

562 U.S. 1289, 131 S. Ct. 1700, 179 L. Ed. 2d 619, 2011 U.S. LEXIS 2328.

March 21, 2011. Petition for writ of certiorari to the Supreme Court of Washington denied.

Same case below, 169 Wash. 2d 491, 238 P.3d 1117.

---

**No. 10-998. Rose Colombo, Petitioner v. Suffolk County, New York.**

562 U.S. 1289, 131 S. Ct. 1700, 179 L. Ed. 2d 619, 2011 U.S. LEXIS 2403.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

---

**No. 10-1002. Judy Knight, Petitioner v. Mooring Capital Fund, LLC, et al.**

562 U.S. 1289, 131 S. Ct. 1701, 179 L. Ed. 2d 619, 2011 U.S. LEXIS 2224.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 388 Fed. Appx. 814.

---

**No. 10-1006. MDL Capital Management, et al., Petitioners v. Federal Insurance Company.**

562 U.S. 1289, 131 S. Ct. 1701, 179 L. Ed. 2d 619, 2011 U.S. LEXIS 2276.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.